Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
COLOMBIA BALLENILLA NUNEZ,
      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
      Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 10622 (VB) (AEK)

By Order dated December 13, 2021 (Doc. #6), the Court directed the parties to notify the Court by February 11, 2022 whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

The parties have not complied with the Court's Order.

By March 2, 2022, counsel for the defendant must either advise the Court whether all parties consent to a referral to the magistrate judge, attaching the fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or advise the Court that all parties do not consent.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: February 16, 2022
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge