UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
COLOMBIA BALLENILLA NUNEZ,
            Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
            Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 10622 (VB) (AEK)

       By Order dated December 13, 2021, (Doc. #6), the Court referred this case to Magistrate Judge Andrew E. Krause for a report and recommendation.

       On December 13, 2021, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, the Court ordered the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. (Doc. #7). The Court ordered defendant's counsel to respond by February 11, 2022. (Id.). On February 16, 2022, the Court sua sponte extended defense counsel's time to respond to March 2, 2022. (Doc. #10).

       To date, the Court has received no answer to the December 13, 2021, Order.

       Accordingly, **the Court sua sponte extends defense counsel's time to March 16, 2022**, to comply with the Court's December 13, 2021, Order, and either (i) file a letter with the Court, with an attached fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, the blank form for which was attached to the December 13, 2021, Order (and also available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf); or (ii) file a letter advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. The parties are free to withhold consent without negative consequences.

       Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 3, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge