**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
COLOMBIA B.N.,

                Plaintiff,

  -against-                                    21 **CIVIL** 10622 (GRJ)

                                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 23, 2023, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is GRANTED; and this case is DISMISSED.

**Dated:** New York, New York

       January 23, 2023

                                                     **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                            **BY:**    *K. Mango*

                                                       **Deputy Clerk**